| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:94CR01027-001 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Thomas Franklin Woody<br>15 Dolphin Street<br>Greenville, SC 29605 | Florida Northern | Gainesville |
| | NAME OF SENTENCING JUDGE | |
| | Maurice M. Paul, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 2/15/08 — TO 2/14/2013 |

**OFFENSE**

Ct. 1: Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d)
Ct. 2: Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of South Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*March 18, 2008*
Date

*Maurice M. Paul*
Sr. United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of South Carolina

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Apr 3, 08*
Effective Date

*Ross Anderson Jr.*
United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA
GAINESVILLE, FLA.

2008 APR 14 PM 3: 51

KM
FILED